# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 13-566V
**Filed: April 7, 2016**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

KATHLEEN SCHRAM,

           Petitioner,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

           Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Decision Based on Stipulation;
Irritable Bowel Syndrome;
Fibromyalgia; Myalgias; Chronic
Pain; Dizziness; Headaches;
Cognitive Impairments; Chronic
Debilitating Fatigue; Influenza
("Flu") Vaccine.

*Edward Kraus, Law Offices of Chicago Kent, Chicago, IL, for petitioner.*
*Michael Milmoe, U.S. Department of Justice, Washington, DC, for respondent.*

## DECISION ON JOINT STIPULATION[1]

**Roth**, Special Master:

Kathleen Schram ["petitioner"] filed a petition for compensation under the National Vaccine Injury Compensation Program[2] on August 9, 2013. Petitioner alleges that she developed several conditions, including irritable bowel syndrome, fibromyalgia, myalgias, chronic pain, dizziness, headaches, cognitive impairments, and chronic debilitating fatigue after receiving a flu immunization on or about September 16, 2010. *See* Stipulation, filed April 6, 2016 at ¶¶ 1-4. Respondent denies that the influenza vaccine caused petitioner to suffer any injury and that her current disabilities are a sequela of the vaccine-related injury. Stipulation at ¶ 6.

Nevertheless, the parties have agreed to settle the case. On April 6, 2016, the parties filed a joint stipulation agreeing to settle this case and describing the settlement terms.

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, I intend to post this decision on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). In accordance with Vaccine Rule 18(b), a party has 14 days to identify and move to delete medical or other information, that satisfies the criteria in 42 U.S.C. § 300aa-12(d)(4)(B). Further, consistent with the rule requirement, a motion for redaction must include a proposed redacted decision. If, upon review, I agree that the identified material fits within the requirements of that provision, I will delete such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

Respondent agrees to issue the following payment:

> **A lump sum of $45,000.00 in the form of a check payable to petitioner, Kathleen Schram.** This amount represents compensation for all damages that would be available under § 300aa-15(a).

I adopt the parties' stipulation attached hereto, and award compensation in the amount and on the terms set forth therein. The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>**s/ Mindy Michaels Roth**</u>
Mindy Michaels Roth
Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by each party filing a notice renouncing the right to seek review.